UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHRIS CASEY

   Plaintiff

v.

TVI, INC. d/b/a SAVERS

   Defendant.

Civil Action No. 1:15-cv-12001-IT

**PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

In accordance with the applicable provisions of Local Rule 16.1, the Plaintiff, Chris Casey, hereby certifies that he has conferred with his counsel relative to budgetary considerations relative to the litigation, as well as alternative dispute resolution.

_____ August 11, 2015
Chris Casey

        Respectfully submitted,
        **CHRIS CASEY,**
        By his attorneys,

        /s/ John W. Davis
        John W. Davis (BBO No. 648399)
        Suzanne L. Herold (BBO No. 675808)
        Davis & Davis, P.C.
        350 Park Street, Suite 105
        Park Place South
        North Reading, MA 01864
        (978) 664-8111 (t)
        (978) 664-8114 (f)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2015, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

/s/ John W. Davis
John W. Davis